"p222
 
 curia,it
 

 -Taylor, Judge.
 

 If possession be not take» -f at the time of che sale, "hut the properly still remains in the possession of the vender, that is
 
 z
 
 mark
 
 of
 
 fraud : so also it is a mark of fraud if the deed he absolute and unconditional, and the property remains with the seller. The property ought to accompany and follow the deed as stated in the 2d Term, 586, 59/; but I cannot agree with that case, that the property- going otherwise as to its possession than the deed points out, is absolutely fraud. It is also a mark of fraud if the transaction be secret; and by secrecy is meant, if it be done in the presence only of near relations, being such persons who may be relied upon not to disclose what they know, to the neighborhood of t lie seller; or if it be done at such a distance from the neighborhood that it is unlikely the affair will become known to them.